```
 1  QUIN DENVIR, Bar #49374
    Federal Defender
 2
    ALLISON CLAIRE, Bar #170138
 3  Assistant Federal Defender
    Designated Counsel for Service
 4  801 I Street, 3rd Floor
    Sacramento, California 95814
 5  Telephone: (916) 498-5700

 6

 7  Attorney for Defendant
    DANNY MILES
 8

 9

10                IN THE UNITED STATES DISTRICT COURT

11               FOR THE EASTERN DISTRICT OF CALIFORNIA

12

13

14  UNITED STATES OF AMERICA,    ) No. CR 95-325 WBS
                                 )
15             Plaintiff,        )
                                 ) ORDER AFTER HEARING
16       v.                      )
                                 )
17  DANNY MILES,                 )
                                 )
18             Defendant.        )
                                 )
19  _____ )

20

21  _____ This matter was heard on May 18, 2005, for spreading of the

22  mandate and status conference.  Pursuant to the order of remand from

23  the U.S. Court of Appeals for the Ninth Circuit, and the request of the

24  defense in open court, it is hereby ordered that:

25       1.   Mr. Miles shall submit to DNA testing, pursuant to 42

26  U.S.C. § 14135a, at the direction of the U.S. Probation Office;

27       2.   The U.S. Probation Office shall administer the testing;

28  ///
```

1    3.   This matter is set for further status conference on July
2 27, 2005, at 9:00 a.m.
3    IT IS SO ORDERED.
4 DATED: May 19, 2005

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE