UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

M E M O R A N D U M

Honorable William B. Shubb
United States District Judge
Sacramento, California

                                      RE:    Danny MILES
                                               Docket Number:  2:95CR00325-01
                                               **REQUEST TO DISMISS**
                                               **VIOLATION PETITION**

Your Honor:

On July 12, 2002, a Violation Petition was filed alleging the defendant's Failure to Follow the Instructions of the Probation Officer by not submitting to DNA testing pursuant to 18 USC 3563(a)(9) and 3583(d).  On October 31, 2002, the Court ruled that it was unconstitutional to subject the defendant to DNA testing and consequently, dismissed the Petition.  The Government appealed the Court's decision and on April 8, 2005, the Court's ruling was reversed.

Because the Court's ruling was reversed, the Violation Petition was still active and the matter was calendared before the Court on May 18, 2005.  At that time, the defendant agreed to submit to DNA testing.  The defendant and the Probation Office were in agreement to dismiss the Petition once the defendant complied with the DNA testing provision.  However, the Government wanted more time to consider their options.  In light of the Government's position and the fact that it would take more than several weeks to administer the test, the matter was continued to July 27, 2005.

On July 14, 2005, the defendant submitted to DNA testing.  The Government was advised and they indicated they no longer opposed to dismissing the Violation Petition.  In that the defendant has now complied with the Probation Officer's directive and all parties are in agreement, it is requested that the Violation Petition filed on July 12, 2002, be dismissed, and the hearing set for July 27, 2005, be vacated.

| | | |
|---|---|---|
| **Honorable William B. Shubb** | **Re:** | **Danny Miles** |
| **Page 2** | | **REQUEST TO DISMISS** |
| | | **VIOLATION PETITION** |

Respectfully submitted,

/s/Kris M. Miura
**KRIS M. MIURA**
**United States Probation Officer**

Dated:   July 25, 2005
         Sacramento, California
         KMM/cp

**REVIEWED BY**:   /s/Rafael G. Loya
                   **RAFAEL G. LOYA**
                   **Supervising United States Probation Officer**

cc:   Robert Tice-Raskin
      Assistant United States Attorney

      Allison Claire
      Defense Counsel

_____

### ORDER OF THE COURT:

The Violation Petition filed on July 12, 2002, is dismissed, forthwith.  It is further ordered that the hearing scheduled for July 27, 2005, be vacated.

**Granted July 26, 2005**

*/s/ William B. Shubb*
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2

Rev. 03/2005
MEMO-CT.MRG